## U. W. KEENER v. GRAHAM COUNTY LUMBER COMPANY.

(Filed 28 May, 1918.)

**Contracts—Parol Evidence—New Agreement.**

APPEAL by defendant from judgment rendered at March Term, 1918, of SWAIN, *Lane, J.,* presiding.

*Alley & Leatherwood for plaintiff.*
*M. W. Bell for defendant.*

PER CURIAM: Action for damage by loss of logs. The case is exactly like *Sumner v. same defendant,* decided at this term. The plaintiff did not propose to contradict, add to or vary the written contract, but to show a later and fresh agreement as to how the logs should be delivered. The two cases are not distinguishable, and the controlling principles are stated in the *Sumner case,* with the authorities sustaining them, and there was no error upon the issue as to the damages.

No error.